Shawtina F. Lewis (SBN 259255)
shawtina.lewis@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499

Matthew B. Lerner (admitted *pro hac vice*)
matthew.lerner@nelsonmullins.com
James F. Rogers (admitted *pro hac vice*)
jim.rogers@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: 404.322.6158
Facsimile: 404.322.6050

Eric J. Buhr (SBN 217529)
ebuhr@reedsmith.com
Alexis A. Rochlin (SBN 280634)
arochlin@reedsmith.com
Kevin G. Lohman (SBN 222678)
klohman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213.457.8000
Facsimile: +1 213.458.8080

Attorneys for Defendants
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TODD,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD INC., and<br>BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01226-DAD-BAM<br><br>**JOINT STIPULATION ADOPTING THE PROTECTIVE ORDERS AND CASE MANAGEMENT ORDERS PREVIOUSLY ISSUED AND ADOPTED IN THE MDL AND ORDER** |

JOINT STIPULATION

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

The Plaintiff David Todd and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., (collectively, "Bard") (Plaintiff and Bard are collectively referred to herein as "the Parties") respectfully submit this Joint Stipulation adopting the following protective orders and case management orders previously issued and adopted in MDL 2641 (the "MDL") and identified below as Exhibits 1 - 6:

1. November 10, 2015, Stipulated Protective Order, attached as Exhibit 1;
2. December 1, 2015, Case Management Order No. 3, attached as Exhibit 2
3. January 5, 2016, Case Management Order No. 7, attached as Exhibit 3;
4. March 31, 2016, Case Management Order No. 9, attached as Exhibit 4;
5. May 5, 2016, Case Management Order No. 12, attached as Exhibit 5, with respect to the collection of medical and insurance records; Plaintiffs also reserve all and do not waive any privileges by virtue of stipulating to entry of this order;
6. November 16, 2016, Amended Case Management Order No. 17[1], attached as Exhibit 6.

Thus, the Parties stipulate and agree that the above referenced orders shall apply to this matter. The Parties further stipulate that the adoption of the above-referenced orders will not interfere with the Parties' compliance with the Court's rules and Local Rule 141 regarding filing documents under seal.

Respectfully submitted this 28th day of January 2020.

DATED: February 7, 2020

Respectfully submitted,
NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Shawtina F. Lewis*
Shawtina F. Lewis
Attorney for Defendants
C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

---

[1] During the December 20th hearing, the Court requested clarification concerning the references in Amended Case Management Order No. 17 to the MDL Stipulated Protective Order (Doc. 268), rather than Stipulated Protective Order (Doc. 269), attached as Exhibit 1. In response, the Parties note that (Doc. 268) was "AMENDED by (Doc. 269)" by the MDL Court "to include Exhibit C," which had been inadvertently excluded in (Doc. 268). This can be seen in the docket entries on the PACER docket for 2:15-md-02641-DGC (D. Ariz.). The references in Amended Case Management Order 17 to (Doc. 268) should equally refer to (Doc. 269).

| | | |
|---|---|---|
| DATED: February 7, 2020 | Respectfully submitted,<br>MARTIN BAUGHMAN PLLC | |
| | */s/ Laura Jean Baughman (as authorized on 1/27/2020)*<br>Laura Jean Baughman<br>Attorneys for Plaintiff<br>David Todd | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Shawtina F. Lewis*
Shawtina F. Lewis

# ORDER

The Court adopts the Stipulated Protective Order, Pretrial Order No. 3, and Case Management Order Nos. 7, 9, 12, and 17 attached as Exhibits 1 through 4 to the joint stipulation submitted by the parties on January 28, 2020 (Doc. No. 42) with the following modifications:

1. References to "this action," "this litigation," "this proceeding," "the parties," "plaintiff," and "defendants" or any variation thereof shall refer to *David Todd v. C.R. Bard., Inc., et al.,* Case No. 1:19-cv-01226-DAD-BAM pending before the United States District Court for the Eastern District of California and the parties thereto, and not the multidistrict litigation known as In Re: Bard IVC Filers Products Liability Litigation, MDL No. 2641, before the United States District Court for the District of Arizona and the parties thereto; and

2. References to Local Rule of Civil Procedure 5.6 shall be replaced with Local Rule 141.

The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents, including documents produced subject to the Stipulated Protective Order, to be filed under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009). Within five (5) days of any approved document filed under seal, the party shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to protect only the information that is confidential or was deemed confidential. Additionally, the parties shall consider resolving any disputes arising under the terms of the Stipulated Protective Order, Pretrial Order No. 3, or Case Management Order Nos. 7, 9, 12, and 17 according to the Court's informal discovery dispute procedures.

IT IS SO ORDERED.

Dated: **February 7, 2020**           /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE