UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TODD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01226-DAD-BAM<br><br>**ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DAVID TODD**<br><br>(Doc. No. 45)<br><br>Date:　　April 10, 2020<br>Time:　　10:00 AM<br>Courtroom: 8 (BAM) |

On January 17, 2020, Ben C. Martin, Laura J. Baughman, and Thomas Arbon filed a motion to withdraw as counsel of record for Plaintiff David Todd ("Plaintiff"). (Doc. No. 45.) The motion did not set a date for the motion to be heard as required by Local Rule 230(b). Additionally, the motion did not state whether Plaintiff had been served with the motion or otherwise describe what efforts had been made to notify Plaintiff of the motion as required by Local Rule 182(d).

Accordingly, IT IS HEREBY ORDERED:

1. The motion to withdraw as counsel for Plaintiff (Doc. No. 42) SHALL BE HEARD on **Friday, April 10, 2020, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties may appear at the motion hearing by telephone with each party using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3219139*; and

2. Counsel for Plaintiff is directed to **promptly** serve Plaintiff with copies of the

1

motion and this Order at his last known address of record and to file proof of such service with the Court. Within fourteen (14) days of service, Plaintiff may file a written response, if any, to the motion. Counsel for Plaintiff shall assist Plaintiff with electronically filing any written response to the motion. Plaintiff may also appear at the motion hearing by telephone using the dial-in number and access code identified above.

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE