UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TODD,<br><br>  Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01226-DAD-BAM<br><br>**ORDER REGARDING TELEPHONIC APPEARANCE AT HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DAVID TODD** |

In light of the restrictions on entering the Courthouse, and General Orders 610 through 6121, IT IS HEREBY ORDERED:

1. Any party who intends to appear at the hearing on the Motion to Withdraw as Counsel of Record for Plaintiff David Todd (Doc. No. 45) currently set for Friday April 10, 2020 at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe is ordered to appear telephonically. Parties shall appear telephonically by using the following dial-in number and passcode: ***dial-in number 1-877-411-9748; access code 3219139***; and

2. The Clerk of Court is directed to serve a copy of this Order on Plaintiff David Todd at his last known address, 2400 Goldenrod Street, Apartment 131, Bakersfield, CA 93308.

IT IS SO ORDERED.

Dated: **April 3, 2020**     /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1