UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TODD,<br><br>    Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01226-DAD-BAM<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS**<br><br>(Doc. No. 51) |

On April 13, 2020, the parties filed a stipulation of dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 51.) In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters. The Clerk of Court is directed to CLOSE THIS CASE. The Clerk of the Court is further directed to serve a copy of this order on Plaintiff David Todd at his last known address, 2400 Goldenrod Street, Apartment 131, Bakersfield, CA 93308.

IT IS SO ORDERED.

    Dated:   **April 14, 2020**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE